**DISMISS and Opinion Filed March 23, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01185-CV

**PAMELA NESBIT, Appellant**

**V.**

**WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE
REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN
TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-
FF8, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-02580-D**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The complained-of order in this appeal was vacated after the appeal was filed.

Because it appeared the appeal had become moot as a result, we directed the parties

to file letter briefs addressing our jurisdiction. *See Matthews v. Kountze Indep. Sch.

Dist.*, 484 S.W.3d 416, 418 (Tex. 2016) ("The mootness doctrine applies to cases in

which a justiciable controversy exists between the parties at the time the case arose,

but the live controversy ceases because of subsequent events."); *See Nat'l Collegiate*

*Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) ("Appellate courts are prohibited from deciding moot controversies."). Although appellant complied, nothing in her letter brief demonstrates our jurisdiction.[1] Accordingly, because no controversy appears to exist between the parties, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Matthews*, 484 S.W.3d at 418; *Jones*, 1 S.W.3d at 86.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191185F.P05

---

[1] Appellee did not respond to appellant's letter brief, but filed a motion to dismiss based on timeliness. We address appellee's motion by separate order.



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

PAMELA NESBIT, Appellant

No. 05-19-01185-CV          V.

WELLS FARGO BANK, N.A., AS
TRUSTEE ON BEHALF OF THE
REGISTERED HOLDERS OF
FIRST FRANKLIN MORTGAGE
LOAN TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2004-FF8, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-02580-
D.

Opinion delivered by Chief Justice
Burns, Justices Whitehill and
Molberg participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered March 23, 2020.